UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO COLE as Special Administrator, ) of the Estate of ANTOINE COVINGTON, ) deceased, ) | Judge Kendall |
| ) Plaintiff, ) v. ) ) P.O. PHILIP SHEEHAN, et. al. ) ) Defendants. ) | Magistrate Judge Brown  Case No. 08 C 5899 |

### PLAINTIFF'S MOTION TO COMPEL AGAINST DEFENDANT VILLAGE OF MARKHAM FOR PRODUCTION OF DOCUMENTS

NOW COMES the Plaintiff, ANTONIO COLE as Special Administrator of the Estate of ANTOINE COVINGTON, deceased, by and through his attorneys, GREGORY E. KULIS & ASSOCIATES, and in support of his motion to compel, states as follows:

1) The Plaintiff sent discovery requests to Defendant Village of Markham.

2) Defendant responded on April 3.

3) Defendant Village of Markham's responses did not include Defendant Sheehan's personnel file.

4) Since April 3, the Plaintiff has made numerous requests to obtain the personnel file.

5) To date, the file has not been produced.

6) The undersigned has spoken to and corresponded with Attorney Julie Koerner, who represents Defendant Village of Markham to discuss this issue but could not resolve prior to filing this motion.

7) The Plaintiff is entitled to a copy of Defendant Sheehan's personnel file.

WHEREFORE, the Plaintiff asks this Honorable Court to grant his Motion to Compel the Defendant Village of Markham to produce the documents requested within the next 5 days and to grant any other relief this Court deems just.

        Respectfully submitted,

        /s/ Shehnaz Mansuri
        GREGORY E. KULIS & ASSOCIATES

**GREGORY E. KULIS & ASSOCIATES**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**(312) 580-1830**