## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ANTONIO COLE as Special Administrator, ) | | |
| of the Estate of ANTOINE COVINGTON, ) | | |
| deceased, ) | **Judge Kendall** | |
| ) | | |
|          **Plaintiff,** ) | **Magistrate Judge Brown** | |
|   v. ) | | |
| ) | **Case No. 08 C 5899** | |
| P.O. PHILIP SHEEHAN, DEPUTY CHIEF ) | | |
| SANDERS, and the VILLAGE OF MARKHAM,) | | |
|  a municipal corporation, ) | | |
| ) | | |
|          **Defendants.** ) | | |

### PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

**NOW COMES** Plaintiff Antonio Cole, as Special Administrator of the Estate of Antoine Covington, deceased, by and through his attorneys, Gregory E. Kulis and Associates, Ltd., and asks this Honorable Court to grant his motion to voluntarily dismiss Plaintiff's complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. In support of his request, Plaintiff states as follows:

    1.    The Plaintiff has advised his attorneys that he no longer wishes to proceed with his case.

    2.    The Plaintiff now moves to voluntarily dismiss this cause of action, without any costs or attorneys fees.

**WHEREFORE** the Plaintiff, Antonio Cole, as Special Administrator of the Estate of Antoine Covington, deceased, respectfully requests this Honorable Court to enter an order granting her leave to voluntarily dismiss without prejudice Plaintiff's complaint, and for such other relief the Court deems appropriate.

                                      Respectfully submitted,

                                      /s/ Shehnaz I. Mansuri
                                      Gregory E. Kulis & Associates

Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830